E-Filed: 10/23/08

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| Paul Merritt Christiansen ) | | CV08-3948-PSG (JWJx) |
| ) | | |
| PLAINTIFF, ) | | **DISMISSAL BY COURT** |
| -VS- ) | | **FOR LACK OF SUBJECT** |
| | | **MATTER JURISDICTION** |
| Lincoln National Life Ins., ) | | |
| Co., et al. ) | | |
| DEFENDANT. ) | | |

On September 25, 2008, the Court issued a second Order to Show Cause for Lack of Subject Matter Jurisdiction. On October 17, 2008, Plaintiff filed a second amended complaint. However, Plaintiff's second amended complaint failed to alleged facts establishing that this court has subject matter jurisdiction.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety for failure to prosecute.

Dated: 10/23/08                                     _____

                                                   United States District Judge